Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
Telephone: (916) 290-7778
Facsimile: (916) 721-2767

Attorney for Plaintiff
Tina Morris

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tina Morris | Bk. Case No.: 6:22-11765-RB |
| Debtor, | A.P. Case No.: 6:22-01067-RB |
| -------------------------------------------------------- | **NOTICE OF VOLUNTARY DISMISSAL OF PENTAGON FEDERAL CREDIT UNION, WITH PREJUDICE** |
| Tina Morris | |
| Plaintiff | |
| vs. | |
| Pentagon Federal Credit Union | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Tina Morris, pursuant to Federal Rule of Civil Procedure 41(a)(1), applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, hereby voluntarily dismisses Pentagon Federal Credit Union as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Pentagon Federal Credit Union has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: August 26, 2022				Gale, Angelo, Johnson, & Pruett, P.C.

					By:	  */s/ Joe Angelo*
						Joe Angelo
						Attorneys for Plaintiff